IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 4:10MJ3053 |
| ) | |
| LAWRENCE JOE WHITE, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 4) in the above-captioned case be granted as requested.

DATED this 16th day of December 2010.

_____
CHERYL R. ZWART
United States Magistrate Judge